UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MARTINE P. GOODEN, | ) | CASE NO. 3:06 CV 2759 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. KATZ |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| SCOTT STERLING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This court having contemporaneously filed its Opinion and Order in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e). Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

/s/ David A. Katz

DAVID A. KATZ
UNITED STATES DISTRICT JUDGE